STEVEN W. MYHRE
Nevada State Bar Number 9635
Acting United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
Nevada State Bar Number 10233
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada  89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
phillip.smith@usdoj.gov

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **2:17-mj-574-GWF** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RONDALL TALLEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### **STIPULATION TO CONTINUE PRELIMINARY HEARING**

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Phillip N. Smith, Jr., Assistant United States Attorney, counsel for the United States of America and Kathleen Bliss, counsel for Defendant RONDALL, that the preliminary hearing for the above-captioned matter, currently scheduled for July 17, 2017, at the hour of 4:00 p.m., be vacated and continued to August 22, 2017, at the hour of 4:00 p.m.

This stipulation is entered for the following reasons:

1.      The Government intends on making an early production of discovery to the Defendant,

1

and counsel for the Defendant will need the opportunity to review the discovery and discuss it with the Defendant prior to proceeding.

2.      The parties are presently contemplating the possibility of a pre-Indictment plea, which would obviate the need for either a preliminary hearing in this matter or for the Government to present this matter to a federal grand jury.

3.      The parties need additional time to prepare in advance of any preliminary hearing, taking into account due diligence.

4.      Denial of this request for continuance of the preliminary hearing would potentially prejudice both the Defendant and the Government and unnecessarily consume this Court's valuable resources.

5.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

6.      The additional time requested by this stipulation is excludable in computing the time within which the Defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(b) and 3161(h)(7)(A), considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

7.      This is the first request for a continuance of the preliminary hearing herein.

DATED: July 13, 2017.


_____/s/_____                    _____/s/_____
PHILLIP N. SMITH, JR.                          KATHLEEN BLISS, ESQ
Assistant United States Attorney               Counsel for Defendant RONDALL TALLEY
Counsel for the United States

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **2:17-mj-574-GWF** |
| Plaintiff, | ) | |
| v. | ) | **ORDER CONTINUING** |
| | ) | **PRELIMINARY HEARING** |
| RONDALL TALLEY, ET AL., | ) | |
| Defendants. | ) | |

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that the preliminary hearing in the above-captioned matter as to Defendant RONDALL TALLEY, currently scheduled for July 17, 2017, at the hour of 4:00 p.m., be vacated and continued to August 22, 2017, at the hour of 4:00 p.m.

_____
UNITED STATES MAGISTRATE JUDGE

3